IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LIBRACE** **PLAINTIFF**

v.   Case No. 4:21-cv-01198-KGB

**JAMES MOODY, United States District** **DEFENDANTS**
**Court Judge and BILLY ROY WILSON,**
**United States District Judge**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff David Librace's *pro se* complaint is dismissed with prejudice. The Court denies the requested relief and certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So adjudged this 22nd day of December, 2022.

Kristine G. Baker
United States District Judge